PORTER & *a., Ex'rs, v.* AYER & *a.*

One of several common owners of a mill and machinery, who occupies and uses more than his share of the common property, is liable to his cotenants for a balance due from him to them on an equitable accounting, and the balance may be found by estimation, without an itemized account.

ASSUMPSIT, by Baldwin's executors, for the use and occupation of an undivided part of a bobbin mill and its machinery.　Facts found by referees.　The property was owned by Baldwin and F. B.

Ayer as tenants in common, Baldwin's share being one third. Since Baldwin's death, in 1872, all of it has been exclusively occupied and used by Ayer and others claiming under him, who paid the plaintiffs an agreed rent for the use of one third until May 1, 1882, when the defendants gave the plaintiffs written notice that from various causes the rent had become unreasonable, and that no more rent would be paid until a satisfactory arrangement was made. Since this notice was given, no arrangement has been made and no rent has been paid. The heirs and representatives of Baldwin have not attempted to use or occupy any part of the premises, and have not objected to the defendants' use and occupation. The plaintiffs have paid one third of the taxes. Expenses incurred by the defendants in repairing the common property and protecting it against fire are estimated by the referees at $400 a year. Allowing expenses which an owner would reasonably be expected to incur in the care and preservation of the premises, and estimating the balance due from the defendants on an equitable accounting, the referees find the reasonable compensation to which the plaintiffs are entitled for the use of one third is $1,500 a year.

*R. M. Wallace*, for the plaintiffs.

*H. B. Atherton*, for the defendants.

DOE, C. J. When the plaintiffs file a bill in equity as an amendment of the declaration, they will be entitled to judgment. *Gage* v. *Gage, ante, pp.* 282, 296.

*Case discharged.*

BLODGETT, J., did not sit: the others concurred.